United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 17, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-40055
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

GARY DWIGHT BLAIR,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:04-CR-81-ALL
--------------------

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Gary Dwight Blair, a federal prisoner, appeals following his

guilty plea to a charge of assaulting a correctional officer, in

violation of 18 U.S.C. § 111.  Blair argues that the district

court committed reversible error by imposing a sentence pursuant

to the mandatory Federal Sentencing Guidelines system that was

held unconstitutional in United States v. Booker, 125 S. Ct. 738

(2005).  We review for plain error.  See United States v.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Valenzuela-Quevedo</u>, 407 F.3d 728, 732 (5th Cir. 2005), <u>petition for cert. filed</u> (July 25, 2005)(No. 05-5556).

The district court committed error that is plain by sentencing Blair under a mandatory Sentencing Guidelines scheme. <u>See</u> <u>id.</u>; <u>United States v. Mares</u>, 402 F.3d 511, 520-21 (5th Cir. 2005), <u>petition for cert. filed</u> (Mar. 31, 2005)(No. 04-9517). However, Blair has not carried his burden of showing that the district court's error affected his substantial rights. <u>See</u> <u>Valenzuela-Quevedo</u>, 407 F.3d at 733-34; <u>Mares</u>, 402 F.3d at 521.

Accordingly, the district court's judgment is AFFIRMED.